FILED
CLERK, U.S. DISTRICT COURT
3/14/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA RAMOS ESCOBEDO, | Case No. CV 17-7586 FMO (PJWx) |
| Plaintiff, | |
| v. | |
| BETSY DEVOS, | **JUDGMENT** |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of March, 2018.

/s/
Fernando M. Olguin
United States District Judge